# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOHN FRALISH, for himself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>CAPITAL ONE, N.A., and DOES 1-100, inclusive,<br><br>  Defendants. | Civil Action No. 3:21-cv-00162<br><br>**NOTICE OF DISMISSAL** |

**PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT**

Plaintiff John Fralish, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses *with prejudice* all causes of action in the complaint against all defendants.

No Defendant has appeared or filed a response to the Complaint. Dismissal under Rule 41(a)(1) is therefore appropriate.

                    RESPECTFULLY SUBMITTED,

                    DARR LAW LLC

DATED: May 10, 2021

                    By: */s/ Alexander Darr*
                        Alexander Darr
                        darr@darr.law
                        DARR LAW LLC
                        1391 W. 5th Ave., Ste. 313
                        Columbus, OH 43212
                        Tel.: (312) 857-3277

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2021, I have caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to any attorneys of record registered in that system. A copy has also been sent to Capital One, N.A. via email to its designated representative, Bryan Fratkin.

DARR LAW LLC

DATED: May 10, 2021

By: _/s/ Alexander Darr_
Alexander Darr
darr@darr.law
DARR LAW LLC
1391 W. 5th Ave., Ste. 313
Columbus, OH 43212
Tel.: (312) 857-3277